# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

*12:05 pm, 10/23/18*
**Stephan Harris**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | |
| PHILLIP THOMAS McGUIRE | Case Number:   18-CR-108-S-03 |
| Defendant. | |

**ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET**

Date 10/23/18        Time   11:31 - 12:03

☐ Arraignment     ☑ Change of Plea        Before the Honorable    Kelly H. Rankin

Interpreter: N/A                    Int. Phone: N/A

| Zachary Fisher | Monique Gentry | Kristin Danni | Jon Goodman |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES   Government:   Nicole Romin

Defendant:    Mike Bennett

☐ FPD   ☐ PANEL-CJA   ☑ RETAINED   ☐ WAIVED

☐ Defendant Waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s)   1   of an Indictment
☐ *Nolo Contendere*

| NOT GUILTY PLEA | GUILTY PLEA |
|---|---|
| ☐ Court accepts *Nolo Contendere* Plea | ☑ Court is satisfied there is factual basis for plea of guilty |
| ☐ Court orders discovery per Rule 16 FRCrP | ☑ Defendant referred to probation for presentence investigation |
| ☐ Court orders access to Grand Jury Transcripts | ☑ Defendant advised on consequences of a plea of guilty |
| ☐ Motions to be filed in _____ days or on/before _____ | ☑ Plea agreement filed |
| ☐ Trial date set for _____ at _____ in _____ | ☑ Sentencing set for January 3, 2019 at 8:15 a.m. in Casper, Wyoming (before SWS) CR #2 |
| ☐ Speedy trial expires on _____ | ☐ Plea conditionally accepted |
| | ☐ Count(s) _____ to be dismissed at time of sentencing |

☑ Other   Defendant waived guilty pleas before USDJ and consents to plea before USMJ (waier on file)

BOND IS ☑ Defendant is detained
☐ Set at _____ ☐ Cash or Surety ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Continued on bond with the following conditions:
☐ Released on bond with the following conditions:

| | |
|---|---|
| ☐ 3rd party custody of _____ | ☐ Seek/Maintain employment |
| ☐ Report to Pretrial Services as directed | ☐ Travel restricted to _____ |
| ☐ Maintain current residence | ☐ Abide by the following curfew _____ |
| ☐ Not use or possess firearms/ammunition/explosives | ☐ Not use or possess controlled substances/drugs |
| ☐ Not use or possess alcohol | ☐ Not use alcohol to excess |
| ☐ Submit to drug/alcohol testing | ☐ Avoid all contact with _____ |
| ☐ Surrender passport to _____ | ☐ Post property or sum of money _____ |
| ☐ Obey all laws. Federal, State and Local | ☐ Do not obtain passport |
| ☐ Undergo Medical/Psychiatric treatment/exam | |
| ☐ Other _____ | |